UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

INGRID ANDERS,

              Plaintiff,

  v.

RICHARD V SPENCER,

              Defendants.

Case No. C19-5433 BHS-TLF

ORDER SETTING PRETRIAL SCHEDULE

This case has been referred to the undersigned United States Magistrate Judge. Dkt. 9; Local Rule MJR 6 and General Order 02-19. The Court having reviewed the parties' Joint Status Report (Dkt. 14), sets the following pretrial schedule:

| Event | Date |
|---|---|
| Last date for joinder of additional parties | January 10, 2020 |
| Last date to amend the pleadings | January 17, 2020 |
| Disclosure of plaintiff's expert witnesses | March 17, 2020 |
| Disclosure of defendant's expert witnesses | April 16, 2020 |
| Disclosure of rebuttal witnesses | May 16, 2020 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to LCR 7(d) and LCR 37(a)(2) | Noting date:<br><br>October 30, 2020 |
| Discovery (including meet-and-confer meetings) completed by | November 6, 2020 |

| Last date to serve responses to interrogatories and responses to requests for production, and to take depositions; target date for scheduling settlement conference of attorneys | November 6, 2020 |
|---|---|
| Dispositive Motion Deadline | December 11, 2020 |

This order sets firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown; failure to complete discovery within the time allowed is not recognized as good cause. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day.

### Trial Date

A trial date will be set by the assigned District Judge, the Honorable Benjamin H. Settle, if the case has not been resolved by the dispositive motion deadline.

### Dispositive Motions

Any dispositive motion shall be filed and served on or before **December 11, 2020**. Pursuant to LCR 7(b), any argument being offered in support of a motion shall be submitted as part of the motion itself and not in a separate document.  The motion shall include in its caption (immediately below the title of the motion) a designation of the date the motion is to be noted for consideration upon the Court's motion calendar. Dispositive motions shall be noted for consideration on a date no earlier than the fourth Friday following filing and service of the motion.  LCR 7(d)(3).

ORDER SETTING PRETRIAL SCHEDULE - 2

All briefs and affidavits in opposition to any motion shall be filed and served pursuant to the requirements of Rule 7 of the Federal Rule of Civil Procedure and LCR 7.  The party making a motion may file and serve a reply to the opposing party's brief and affidavits.  Any reply brief shall also be filed and served pursuant to the requirements of Rule 7 of the Federal Rules of Civil Procedure and LCR 7.

<u>Privacy Policy</u>

Pursuant to Federal Rule of Civil Procedure 5.2 and LCR 5.2, parties must redact the following information from documents and exhibits before they are filed with the court:

- Dates of Birth: redact to the year of birth
- Names of Minors: redact to initials
- Social Security Numbers and Taxpayers Identification Number: redact in their entirety
- Financial Accounting Information: redact to the last four digits
- Passport Numbers and Driver License Numbers: redact in their entireties

All documents filed in the above-captioned matter must comply with Federal Rule of Civil Procedure 5.2 and LCR 5.2.

<u>Cooperation</u>

As required by LCR 37(a), all discovery matters are to be resolved by agreement if possible.  Counsel are further directed to cooperate in preparing the final pretrial order in the format required by LCR 16.1, except as ordered below.

ORDER SETTING PRETRIAL SCHEDULE - 3

<u>Proof of Service and Sanctions</u>

All motions, pretrial statements and other filings shall be accompanied by proof that such documents have been served upon counsel for the opposing party or upon any party acting *pro se*. The proof of service shall show the day and manner of service and may be by written acknowledgement of service, by certificate of a member of the bar of this Court, by affidavit of the person who served the papers, or by any other proof satisfactory to the Court. Failure to comply with the provisions of the Order can result in dismissal/default judgment or other appropriate sanction.

<u>Settlement</u>

Should this case settle, counsel shall notify the Deputy Clerk as soon as possible. Pursuant to LCR 11(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

The Clerk of Court is directed to send a copy of this Order to plaintiff and defendants.

Dated this 19th day of December, 2019.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge