UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| INGRID ANDERS,<br><br>              Plaintiff,<br>   v.<br><br>THOMAS MODLY,<br><br>              Defendant. | CASE NO. 3:19-cv-05433-DGE<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Theresa L. Fricke (Dkt. No. 37) and Plaintiff Ingrid Anders' objections to the R&R. (Dkt. No. 38).

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Theresa Fricke, United States Magistrate Judge, any objections and replies thereto, and the remaining record, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is APPROVED and ADOPTED;

(2) Defendant's motion for summary judgment (Dkt. No. 24) is GRANTED; and

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(3) Plaintiff's complaint is DISMISSED with prejudice.

Dated this 28th day of January, 2022.

David G. Estudillo
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 2